IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 12-01385-1 PHX-SRB |
| Plaintiff, | ) | CR 12-01946-1-PHX-SRB |
| vs. | ) | |
| Kim Marie De La Rosa, | ) | **ORDER** |
| Defendant. | ) | |

On March 14, 2019, Magistrate Judge Fine issued "Report and Recommendation of the Magistrate Judge." Magistrate Judge Fine recommended that the District Court Judge accept the finding of violation of special condition #6 of Defendant's supervised release and the finding that the preponderance of the evidence did not show that Defendant violated standard condition #13 of Defendant's supervised release. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding Defendant in violation of special condition #6 and finding that the preponderance of the evidence does not show Defendant violated standard condition #13 of her supervised release terms.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Findings [Doc. 92 in CR 12-01385-1-PHX-SRB and Doc. 57 in CR 12-01946-1-PHX-SRB].

DATED this 2nd day of April, 2019.

_____
Susan R. Bolton
United States District Judge